**Dismissed and Opinion Filed December 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-20-00715-CV**
_____

**TRI PHAM, Appellant**
**V.**
**MITRA MAHMOUDI, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01961-E**

## MEMORANDUM OPINION

Before Justices Whitehill, Schenck, and Browning
Opinion by Justice Schenck

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated August 3, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 3, 2020, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated November 2, 2020, we informed appellant the clerk's record had not

been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

200715F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRI PHAM, Appellant

No. 05-20-00715-CV          V.

MITRA MAHMOUDI, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-20-01961-E.

Opinion delivered by Justice Schenck. Justices Whitehill and Browning participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MITRA MAHMOUDI recover her costs of this appeal from appellant TRI PHAM.

Judgment entered this 10th day of December, 2020.